**Union Bank of Chicago, administrator of the estate of Stella Jaworsky, defendant in error, v. William J. Hoey, plaintiff in error. Gen. No. 35,358.**

 Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

John A. Bloomingston, for plaintiff in error. John H. Kay, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

**Oscar B. McGlasson, appellee, v. Harry W. Sehl, appellant. Gen. No. 35,377.**

 Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

Albert O. Olson, for appellant. Joseph A. Fenton, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

**Ruth Liddy, appellee, v. Pushman Bros., appellant. Gen. No. 35,397.**

 Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

**Filmore Paint Company, appellee, v. Ph. M. Mosheik, appellant. Gen. No. 35,426.**

 Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

George L. Lewis, for appellant; Clyde C. Fisher, of counsel. Holland & Shuchter, for appellee.

Mr. Justice Wilson delivered the opinion of the court.